# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

2025 JUL 28 A 11: 53

MUTAZ M. ABUSHAWISH,

Plaintiff,

vs.

Judge Hannah C. Dugan,

Joel H. Rosenthal,

Matthew V. Plummer,

Milwaukee County District Attorney's Office,

ADA Matthew Zisi,

Milwaukee Police Department (District 2),

Cudahy Police Department,

Wisconsin Department of Transportation (DMV),

Wisconsin Department of Justice (CCW Unit),

Pedro Montero,

Anthony S. Rea,

Cudahy Court Commissioner John E. Dobogai,

Milwaukee Public Defender's Office,

Defendants.

VERIFIED COMPLAINT FOR CIVIL RIGHTS VIOLATIONS
(42 U.S.C. § 1983)

Plaintiff Mutaz M. Abushawish, a private citizen and law-abiding resident of Milwaukee, Wisconsin, brings this action under 42 U.S.C. § 1983 against the above-named Defendants for violating his clearly established constitutional rights. This lawsuit seeks to hold accountable

a network of public officials and agencies who acted under color of law to target, arrest, re-prosecute, retaliate against, and attempt to discredit Plaintiff after he became the documented victim of a felony auto theft. The malicious conduct described herein represents a coordinated abuse of authority, willful misconduct, and a profound breach of public trust.

## JURISDICTION AND VENUE

This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1343 because this action arises under the Constitution and laws of the United States. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), as the events giving rise to the claims occurred in Milwaukee County, Wisconsin.

## FACTUAL ALLEGATIONS

On May 21, 2024, Plaintiff was wrongfully arrested by officers of the Milwaukee Police Department's District 2 after attempting to recover his stolen vehicle. Instead of arresting the suspect or returning Plaintiff's property, the officers arrested Plaintiff based on knowingly false statements from individuals later tied to the crime.

Plaintiff was the documented victim in felony case 2024CF003921. On August 13, 2024, the vehicle was found in the possession of Anthony Rea, who was criminally charged and ultimately pled guilty. Despite this, the State refiled previously dismissed charges against Plaintiff just six days after dismissal, without notice or probable cause.

The refiled charges (2024CM002942) were timed strategically to fabricate grounds for a separate and baseless bail jumping charge (2024CM002703), even though Plaintiff was no longer under bond. This is a textbook example of prosecutorial retaliation and manufactured criminal liability.

The Wisconsin DOJ then unlawfully delayed Plaintiff's CCW renewal—despite full payment—citing the refiled charges as justification. This directly violated Plaintiff's Second Amendment rights.

Attorneys Joel Rosenthal and Matthew Plummer, assigned by the Public Defender's Office, submitted court filings

without Plaintiff's consent, ignored exculpatory evidence, and refused to file appropriate motions. Their inaction and complicity contributed directly to the deprivation of Plaintiff's liberty and constitutional rights.

Pedro Montero and Anthony Rea not only lied to police but conspired to commit vehicle title fraud through the Wisconsin DMV, who issued a title under Plaintiff's name without his consent. This act facilitated theft, cover-up, and obstruction of justice.

Judge Hannah C. Dugan held off-record conferences, allowed unauthorized filings, and took actions outside judicial neutrality—further violating Plaintiff's right to a fair process. Dugan has since been suspended by the Wisconsin Supreme Court following a federal indictment.

All of these actions were part of a retaliatory campaign to punish Plaintiff for reporting a felony, asserting his innocence, and refusing to accept a plea for a crime he did not commit.

## CAUSES OF ACTION

Count I – False Arrest and Malicious Prosecution (4th and 14th Amendments)

Count II – Denial of Procedural and Substantive Due Process (14th Amendment)

Count III – First Amendment Retaliation for Protected Reporting Activity

Count IV – Sixth Amendment Violation of Right to Counsel and Effective Representation

Count V – Second Amendment Violation (CCW Denial Based on Invalid Charges)

Count VI – Conspiracy to Violate Civil Rights (42 U.S.C. § 1983 and § 1985)

Count VII – Abuse of Process and Judicial Misconduct

Count VIII – Deprivation of Property Without Due Process (DMV Title Fraud)

## RELIEF REQUESTED

WHEREFORE, Plaintiff respectfully demands judgment against all Defendants, jointly and severally, as follows:

1. Compensatory damages in the amount of $5,000,000 for emotional distress, reputational harm, and deprivation of liberty;
2. Punitive damages in the amount of $5,000,000 for willful misconduct and abuse of authority;
3. Declaratory and injunctive relief as appropriate;
4. Any additional relief the Court deems just and proper.

Respectfully submitted,

/s/ Mutaz M. Abushawish

Mutaz M. Abushawish

Dated: July 26, 2025